UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ARAFAT AHMED #A220-483-420 | CIVIL ACTION NO. 1:24-CV-01110 P |
| VERSUS | JUDGE EDWARDS |
| WARDEN | MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 8), and after a de novo review of the record, including Petitioner's Objection (ECF No. 11), having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition (ECF No. 1) is DENIED and DISMISSED WITHOUT PREJUDICE. The Motion for Extension of Time (ECF No. 9) is DENIED as MOOT.

THUS DONE AND SIGNED this 11th day of December, 2024.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE